# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

USA

   VS        USDC NO. 4:24-cr-00001-RH-MAF
             USCA NO. _____

ALAN JOSEPH CLARK, JR

## TRANSMITTAL OF NOTICE OF APPEAL

   The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
Judge/Magistrate Judge appealed from: Robert L. Hinkle
Court Reporter(s): Megan Hague, Dawn Savino, Julie Wycoff
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

        JESSICA J. LYUBLANOVITS,
        CLERK OF COURT

        By: Bryston Ford
        Deputy Clerk
        111 North Adams Street
November 22, 2024     Tallahassee, Florida 32301

APPEAL

# U.S. District Court
## Northern District of Florida (Tallahassee)
## CRIMINAL DOCKET FOR CASE #: 4:24−cr−00001−RH−MAF−1

Case title: USA v. CLARK                           Date Filed: 01/10/2024

---

Assigned to: JUDGE ROBERT L
HINKLE
Referred to: MAGISTRATE JUDGE
MARTIN A FITZPATRICK

**Defendant (1)**

| | |
|---|---|
| **ALAN JOSEPH CLARK, JR** | represented by **JANESE MICHELLE CARUTHERS**<br>FEDERAL PUBLIC DEFENDER OFFICE −<br>TALLAHASSEE FL<br>227 N BRONOUGH STREET<br>SUITE 4200<br>TALLAHASSEE, FL 32301<br>850−942−8818<br>Email: janese_caruthers@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community*<br>*Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| SEXUAL EXPLOITATION OF<br>CHILDREN<br>(1−6) | Defendant is sentenced to 240 months BOP on<br>Counts 1−6 and 8, all to run concurrently. A<br>lifetime term of Supervised Release is imposed.<br>SMA $700.00 plus an additional $100<br>assessment under the Amy, Vicky, Andy Child<br>Pornography Victim Assistance Act. Fine<br>waived. Forfeiture of property. Restitution. |
| ACTIVITIES RE MATERIAL<br>CONSTITUTING/CONTAINING<br>CHILD PORNO<br>(8) | Defendant is sentenced to 240 months BOP on<br>Counts 1−6 and 8, all to run concurrently. A<br>lifetime term of Supervised Release is imposed.<br>SMA $700.00 plus an additional $100<br>assessment under the Amy, Vicky, Andy Child<br>Pornography Victim Assistance Act. Fine<br>waived. Forfeiture of property. Restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ACTIVITIES RE MATERIAL<br>CONSTITUTING/CONTAINING<br>CHILD PORNO<br>(7) | Dismissed on Government motion. |
| ACTIVITIES RE MATERIAL<br>CONSTITUTING/CONTAINING<br>CHILD PORNO<br>(9) | Dismissed on Government motion. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                        **Disposition**

None

---

**Plaintiff**

USA                                              represented by   **MEREDITH L. STEER**
                                                                 DOJ–USAO
                                                                 111 N ADAMS STREET
                                                                 STE 4TH FLOOR
                                                                 TALLAHASSEE, FL 32301
                                                                 850–942–8430
                                                                 Email: meredith.steer@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

                                                                 **KAITLIN R WEISS**
                                                                 DOJ–USAO
                                                                 111 NORTH ADAMS STREET
                                                                 4TH FLOOR US COURTHOUSE
                                                                 TALLAHASSEE, FL 32301
                                                                 850–942–8430
                                                                 Email: kaitlin.weiss@usdoj.gov
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2024 | 1 | INDICTMENT (PDF redacted per privacy policy.) as to ALAN JOSEPH CLARK, JR (1) count(s) 1–6, 7–9. (amm) (Entered: 01/12/2024) |
| 01/10/2024 | 2 | Sealed Document (Unredacted Indictment) (amm) (Entered: 01/12/2024) |
| 01/10/2024 | 3 | CRIMINAL COVER SHEET by USA as to ALAN JOSEPH CLARK, JR (copy to US Marshal)(PDF sealed per Privacy Policy) (amm) (Entered: 01/12/2024) |
| 01/10/2024 | 4 | ORDER FOR ISSUANCE OF Arrest Warrant as to ALAN JOSEPH CLARK, JR. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/10/2024. (amm) (Entered: 01/12/2024) |
| 01/10/2024 | 6 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to ALAN JOSEPH CLARK, JR. (amm) (Entered: 01/12/2024) |
| 01/17/2024 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to ALAN JOSEPH CLARK, JR for 1/24/2024 at 1:30 p.m. before Judge Fitzpatrick re: 6 MOTION for Writ of Habeas Corpus ad prosequendum filed by USA. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/17/2024. (amm) (Entered: 01/17/2024) |
| 01/21/2024 | 8 | NOTICE OF ATTORNEY APPEARANCE KAITLIN R WEISS appearing for USA. *as Co−Counsel for Forfeiture Matters* (WEISS, KAITLIN) (Entered: 01/21/2024) |
| 01/24/2024 | 9 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARTIN A FITZPATRICK:Initial Appearance as to ALAN JOSEPH CLARK, JR held on 1/24/2024, Added attorney JANESE MICHELLE CARUTHERS for defendant. (Court Reporter DCR TLH.) (amm) (Entered: 01/26/2024) |
| 01/24/2024 | 10 | CJA 23 Financial Affidavit by ALAN JOSEPH CLARK, JR (PDF sealed per Privacy Policy) (amm) (Entered: 01/26/2024) |
| 01/24/2024 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to ALAN JOSEPH CLARK, JR. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/24/2024. (amm) (Entered: 01/26/2024) |

| 01/24/2024 | 12 | BRADY v. MARYLAND NOTICE as to ALAN JOSEPH CLARK, JR. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/24/2024. (amm) (Entered: 01/26/2024) |
| --- | --- | --- |
| 01/24/2024 | 13 | ORAL MOTION FOR DETENTION by USA as to ALAN JOSEPH CLARK, JR. (amm) (Entered: 01/26/2024) |
| 01/24/2024 | 14 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARTIN A FITZPATRICK: Detention Hearing as to ALAN JOSEPH CLARK, JR held on 1/24/2024 (Court Reporter DCR TLH.) (amm) (Main Document 14 replaced on 1/26/2024) (amm). (Entered: 01/26/2024) |
| 01/24/2024 | 15 | ORDER OF DETENTION as to ALAN JOSEPH CLARK JR (1). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/24/2024. (amm) (Entered: 01/26/2024) |
| 01/24/2024 | 16 | Minute Entry for proceedings held before MAGISTRATE JUDGE MARTIN A FITZPATRICK:Arraignment as to ALAN JOSEPH CLARK JR (1) Count 1–6,7–9 held on 1/24/2024 (Court Reporter DCR TLH.) (amm) (Entered: 01/26/2024) |
| 01/24/2024 | 17 | ORDER SETTING TRIAL AND OTHER PRE–TRIAL MATTERS as to ALAN JOSEPH CLARK, JR: Jury Trial set for 3/25/2024 8:15 AM in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 1/24/2024. (amm) (Entered: 01/26/2024) |
| 01/25/2024 | 18 | Arrest Warrant Returned Executed on 1/24/2024 in case as to ALAN JOSEPH CLARK, JR. (amm) (Entered: 01/26/2024) |
| 01/31/2024 | 19 | NOTICE OF ATTORNEY APPEARANCE: JANESE MICHELLE CARUTHERS appearing for ALAN JOSEPH CLARK, JR (CARUTHERS, JANESE) (Entered: 01/31/2024) |
| 03/19/2024 | 20 | MOTION to Continue *Trial* (UNOPPOSED) by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) Modified on 3/20/2024 to correct document title (vkm). (Entered: 03/19/2024) |
| 03/20/2024 | 21 | ORDER CONTINUING TRIAL as to ALAN JOSEPH CLARK, JR – The 20 motion to continue trial, ECF No. 20, is GRANTED. The Clerk shall re–notice the trial for May 28, 2024 [Time excluded from 3/25/2024 until 5/27/2024]. Signed by CHIEF JUDGE MARK E WALKER on 3/20/2024. (vkm) (Entered: 03/20/2024) |
| 03/20/2024 | 22 | NOTICE OF RESCHEDULED HEARING as to ALAN JOSEPH CLARK, JR: Jury Selection and Jury Trial reset for 5/28/2024 08:15 AM before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 West, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 03/20/2024) |
| 05/20/2024 | 23 | MOTION to Continue Trial (Unopposed) by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) Modified on 5/21/2024 to reflect that this motion is unopposed. (kjw) (Entered: 05/20/2024) |
| 05/20/2024 | 24 | MOTION to Suppress Evidence Based on Violation of FED. R. CRIM. P. 41 filed by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) Modified on 5/21/2024 to complete document title. (kjw) (Entered: 05/20/2024) |
| 05/20/2024 | 25 | ORDER CONTINUING TRIAL as to ALAN JOSEPH CLARK, JR. The motion to continue trial, ECF No. 23 , is GRANTED. The Clerk shall re–notice the trial for the week of June 24, 2024. Signed by CHIEF JUDGE MARK E WALKER on 5/20/2024. (kjw) *Time excluded from 5/28/2024 until 6/23/2024.* (Entered: 05/20/2024) |

| 05/20/2024 | 26 | NOTICE OF RESCHEDULED HEARING as to ALAN JOSEPH CLARK, JR. Jury Selection and Trial reset for **6/24/2024 08:15 AM** before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 West, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness, or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850−521−3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Kimberly J. Westphal* <br> Deputy Clerk (kjw) (Entered: 05/20/2024) |
|---|---|---|
| 05/20/2024 | | Set Deadlines in case as to ALAN JOSEPH CLARK, JR Re: <u>24</u> MOTION to Suppress . (Internal deadline for referral to judge if response not filed earlier: **6/3/2024**). (vkm) (Entered: 05/22/2024) |
| 05/22/2024 | 27 | NOTICE OF HEARING in case as to ALAN JOSEPH CLARK, JR Re: <u>24</u> MOTION to Suppress: Motion Hearing set for **6/7/2024 10:00 AM** before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, **Courtroom 5 West,** 111 North Adams St., Tallahassee, Florida 32301. <br><br> NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850−521−3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. <br><br> s/ Victoria Milton McGee <br> Courtroom Deputy Clerk (vkm) (Entered: 05/22/2024) |
| 06/03/2024 | <u>28</u> | RESPONSE TO DEFENDANT'S <u>24</u> MOTION TO SUPPRESS (vkm) (Entered: 06/04/2024) |
| 06/05/2024 | <u>29</u> | SUPPLEMENT TO DEFENDANT'S <u>24</u> MOTION to Suppress by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) Modified on 6/6/2024 to correct document title (vkm). (Entered: 06/05/2024) |
| 06/06/2024 | 30 | NOTICE OF TELEPHONIC HEARING as to ALAN JOSEPH CLARK, JR: Telephonic Scheduling Conference set for **9/16/2024 09:30 AM** before CHIEF JUDGE MARK E WALKER. <br><br> ALL PARTIES are directed to call the AT&T Conference Line (see below) <br><br> Conference Call Information <br><br> You may dial into the conference call up to five minutes before start time. Call in number: **888−684−8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is compromised by these devices. <br><br> s/ Victoria Milton McGee <br> Courtroom Deputy Clerk (vkm) (Entered: 06/06/2024) |
| 06/06/2024 | <u>31</u> | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Telephonic Scheduling Conference as to ALAN JOSEPH CLARK, JR held on 6/6/2024. Parties discuss case status and <u>29</u> Supplement to <u>24</u> Motion to Suppress. Ruling by Court: Defendants amended motion to suppress due by **6/14/2024**; Reply due **6/28/2024**. Jury trial reset to 8/12/24. Parties to confer with Clerk and reschedule suppression hearing after papers filed (Court Reporter Megan Hague (USDC−Tallahassee)). (vkm) (Entered: 06/06/2024) |

| 06/06/2024 | 32 | ORDER CONTINUING TRIAL (ore tenus) as to ALAN JOSEPH CLARK, JR – The Clerk shall re–notice the trial for the week of August 12, 2024 [Time excluded from 7/15/2024 until 8/11/2024]. Signed by CHIEF JUDGE MARK E WALKER on 6/6/2024. (vkm) (Entered: 06/06/2024) |
|---|---|---|
| 06/06/2024 | 33 | NOTICE OF RESCHEDULED HEARING as to ALAN JOSEPH CLARK, JR: Jury Selection and Jury Trial reset for **8/12/2024 08:15 AM** before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, **Courtroom 5 West,** 111 North Adams St., Tallahassee, Florida 32301. <br><br> NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. <br><br> <u>s/ Victoria Milton McGee</u> <br> Courtroom Deputy Clerk (vkm) (Entered: 06/06/2024) |
| 06/17/2024 | 35 | ORDER DENYING 24 MOTION AS MOOT as to ALAN JOSEPH CLARK JR (1). Signed by CHIEF JUDGE MARK E WALKER on 6/17/2024. (vkm) (Entered: 06/17/2024) |
| 06/28/2024 | 36 | RESPONSE TO DEFENDANT'S 34 AMENDED MOTION TO SUPPRESS (vkm) (Entered: 06/28/2024) |
| 07/12/2024 | 37 | NOTICE OF HEARING ON MOTION in case as to ALAN JOSEPH CLARK, JR: Motion Hearing set for **7/24/2024 02:00 PM** before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 West, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness, or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> <u>s/ Kimberly J. Westphal</u> <br> Deputy Clerk (kjw) (Entered: 07/12/2024) |
| 07/24/2024 | 38 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Motion Hearing as to ALAN JOSEPH CLARK, JR held on 7/24/2024. Court hears argument re: Rule 41 issue before argument re: 34 Amended Motion to Suppress. Ruling by Court: Court recuses from case. Order to follow (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 07/24/2024) |
| 07/24/2024 | | Judge update in case as to ALAN JOSEPH CLARK, JR. JUDGE ROBERT L HINKLE added. CHIEF JUDGE MARK E WALKER no longer assigned to case. (vkm) (Entered: 07/24/2024) |
| 07/24/2024 | 39 | ORDER OF DISQUALIFICATION as to ALAN JOSEPH CLARK, JR. JUDGE ROBERT L HINKLE added. CHIEF JUDGE MARK E WALKER no longer assigned to case. Signed by CHIEF JUDGE MARK E WALKER on 7/24/2024. (vkm) (Entered: 07/24/2024) |
| 07/24/2024 | 40 | NOTICE OF HEARING ON MOTION in case as to ALAN JOSEPH CLARK, JR: Suppression Hearing (re ECF 34 ) set for **7/29/2024 01:00 PM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850–521–3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. |

| | | |
|---|---|---|
| | | *s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 07/24/2024) |
| 07/29/2024 | 41 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Motion Hearing as to ALAN JOSEPH CLARK, JR held on 7/29/2024 re 34 Motion to Suppress. Ruling by Court: The motion is denied. Trial will be reset for **8/19/2024**. An order will follow. (Court Reporter Dawn Savino, Official Court Reporter NDFL) (Attachments: # 1 Exhibit List) (ckm) (Additional attachment(s) added on 7/29/2024: # 2 Govt Exhibit 1, # 3 Govt Exhibits 3–6) (ckm). (Entered: 07/29/2024) |
| 07/29/2024 | 42 | ORDER DENYING THE 34 MOTION TO SUPPRESS as to ALAN JOSEPH CLARK JR (1). Signed by JUDGE ROBERT L HINKLE on 7/29/2024. (ckm) (Entered: 07/29/2024) |
| 07/29/2024 | 43 | ORDER RESCHEDULING THE TRIAL as to ALAN JOSEPH CLARK, JR – The trial is rescheduled for **8/19/2024** and is first on the docket. Signed by JUDGE ROBERT L HINKLE on 7/29/2024. (ckm) (Entered: 07/29/2024) |
| 07/29/2024 | 44 | NOTICE OF HEARING as to ALAN JOSEPH CLARK, JR: Jury Trial set for **8/19/2024 08:15 AM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850–521–3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 07/29/2024) |
| 08/07/2024 | 45 | NOTICE OF HEARING as to ALAN JOSEPH CLARK, JR: Change of Plea Hearing set for **8/8/2024 01:00 PM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850–521–3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 08/07/2024) |
| 08/08/2024 | 46 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Change of Plea Hearing as to ALAN JOSEPH CLARK, JR held on 8/8/2024, Plea entered Guilty Counts 1–6, 8. Sentencing is set for October 31, 2024, at 11:00 a.m. Defendant is to remain in custody. (Court Reporter Dawn Savino, NDFL) (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | 47 | STATEMENT OF FACTS by USA as to ALAN JOSEPH CLARK, JR (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | 48 | Sealed Document (Unredacted Statement of Facts) (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | 49 | PLEA AGREEMENT as to ALAN JOSEPH CLARK, JR (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | | Plea Agreement Accepted as to ALAN JOSEPH CLARK, JR (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | 50 | Sealed Document (ckm) (Entered: 08/08/2024) |
| 08/08/2024 | 51 | NOTICE OF HEARING as to ALAN JOSEPH CLARK, JR: Sentencing set for **10/31/2024 11:00 AM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. |

| | | |
|---|---|---|
| | | NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850–521–3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 08/08/2024) |
| 09/09/2024 | 52 | MOTION for Forfeiture of Property *Preliminary Order of Forfeiture* by USA as to ALAN JOSEPH CLARK, JR. (WEISS, KAITLIN) (Entered: 09/09/2024) |
| 09/10/2024 | 53 | PRELIMINARY ORDER OF FORFEITURE (granting 52 Motion for Forfeiture of Property) as to ALAN JOSEPH CLARK JR (1). Signed by JUDGE ROBERT L HINKLE on 9/10/2024. (ckm) (Entered: 09/11/2024) |
| 10/08/2024 | 54 | Unopposed MOTION to Continue *Sentencing* by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) Modified on 10/9/2024 to reflect unopposed (ckm). (Entered: 10/08/2024) |
| 10/10/2024 | 55 | ORDER DENYING THE 54 MOTION TO CONTINUE SENTENCING as to ALAN JOSEPH CLARK JR (1). Signed by JUDGE ROBERT L HINKLE on 10/10/2024. (ckm) (Entered: 10/10/2024) |
| 10/17/2024 | 56 | DRAFT PRESENTENCE INVESTIGATION REPORT as to ALAN JOSEPH CLARK, JR. E–copies made available to selected parties. Responses to the Draft Report are due by **10/31/2024**. (Attachments: # 1 VIS Spongeb Andy, # 2 VIS Lighthouse1 Maureen, # 3 VIS Jenny, # 4 VIS 2Crazygurls Chelsea, # 5 VIS Vicky, # 6 VIS Tara) (clark, micki) (Entered: 10/17/2024) |
| 10/24/2024 | 57 | FINAL PRESENTENCE INVESTIGATION REPORT as to ALAN JOSEPH CLARK, JR. E–copies made available to selected parties. (Nichols, Vicki) (Entered: 10/24/2024) |
| 10/25/2024 | 58 | Second MOTION to Continue *Sentencing* by ALAN JOSEPH CLARK, JR. (CARUTHERS, JANESE) (Entered: 10/25/2024) |
| 10/28/2024 | 59 | ORDER denying 58 Motion to Continue as to ALAN JOSEPH CLARK JR (1). Signed by JUDGE ROBERT L HINKLE on 10/28/2024. (mkb) (Entered: 10/28/2024) |
| 10/28/2024 | 60 | DEFENDANT'S SENTENCING MEMORANDUM (vkm) (Entered: 10/28/2024) |
| 10/29/2024 | 61 | MOTION Redact Transcripts and Public Filings by USA as to ALAN JOSEPH CLARK, JR. (STEER, MEREDITH) (Entered: 10/29/2024) |
| 10/30/2024 | 62 | NOTICE *of Intent to Play Video Victim Impact Statement* by USA as to ALAN JOSEPH CLARK, JR (STEER, MEREDITH) (Entered: 10/30/2024) |
| 10/30/2024 | 63 | AMENDED NOTICE OF HEARING as to ALAN JOSEPH CLARK, JR *(change in courtroom only)*: Sentencing set for **10/31/2024 11:00 AM** before JUDGE ROBERT L HINKLE, Joseph Woodrow Hatchett United States Courthouse and Federal Building, **Courtroom 5 South**, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850–521–3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>*s/ Cindy Markley*<br>Courtroom Deputy Clerk (ckm) (Entered: 10/30/2024) |
| 10/30/2024 | 64 | SECOND FINAL PRESENTENCE INVESTIGATION REPORT as to ALAN JOSEPH CLARK, JR. E–copies made available to selected parties. (Attachments: # 1 Victim Impact Statement, # 2 Victim Impact Statement, # 3 Victim Impact Statement, # 4 Victim Impact Statement, # 5 Victim Impact Statement, # 6 Victim Impact Statement) (Nichols, Vicki) (Entered: 10/30/2024) |

| 10/31/2024 | 65 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Sentencing held on 10/31/2024 for ALAN JOSEPH CLARK, JR (1), Counts 1–6, 8. Defendant is sentenced to 240 months BOP on Counts 1–6 and 8, to run concurrently. A lifetime term of Supervised Release is imposed. SMA $700.00 plus an additional $100 assessment under the Amy, Vicky, Andy Child Pornography Victim Assistance Act. Fine waived. Forfeiture of property. Restitution. Counts 7 and 9 dismissed on Government motion. (Court Reporter Julie Wycoff, NDFL) (Attachments: # 1 Exhibit List, # 2 Defense Exhibits) (ckm) (Entered: 10/31/2024) |
|---|---|---|
| 11/13/2024 | 66 | ORDER FOR REDACTION OF TRANSCRIPTS (granting 61 Motion) as to ALAN JOSEPH CLARK JR (1). Signed by JUDGE ROBERT L HINKLE on 11/13/2024. (ckm) (Entered: 11/13/2024) |
| 11/13/2024 | 67 | JUDGMENT IN A CRIMINAL CASE as to ALAN JOSEPH CLARK, JR (1), Counts 1–6, 8. Defendant is sentenced to 240 months BOP on Counts 1–6 and 8, all to run concurrently. A lifetime term of Supervised Release is imposed. SMA $700.00 plus an additional $100 assessment under the Amy, Vicky, Andy Child Pornography Victim Assistance Act. Fine waived. Forfeiture of property. Restitution. Counts 7 and 9 dismissed on Government motion. Signed by JUDGE ROBERT L HINKLE on 11/13/2024. (ckm) (Entered: 11/13/2024) |
| 11/13/2024 | 68 | STATEMENT OF REASONS (Sealed) as to ALAN JOSEPH CLARK, JR. Copies to be distributed to attorney for defendant, USAO, and USPO only. Signed by JUDGE ROBERT L HINKLE on 11/13/2024. (ckm) (Entered: 11/13/2024) |
| 11/22/2024 | 69 | NOTICE OF APPEAL by ALAN JOSEPH CLARK, JR re 67 JUDGMENT IN A CRIMINAL CASE. (CARUTHERS, JANESE) Modified title on 11/22/2024 (baf). (Entered: 11/22/2024) |
| 11/22/2024 | 70 | Appeal Instructions as to ALAN JOSEPH CLARK, JR re: 69 Notice of Appeal – Final Judgment. The Transcript Request Form is available on the Internet at https://www.flnd.uscourts.gov/form/eleventh–circuit–transcript–information–form ** PLEASE NOTE ** Separate forms must be filed for each court reporter in the district court and the appeals court. Transcript Order Form due by **12/6/2024**. (baf) (Entered: 11/22/2024) |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 4:24CR1

ALAN JOSEPH CLARK, JR.,

_____/

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant ALAN JOSEPH CLARK, JR., appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered in this action on November 13, 2024 (Doc. 67).

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been uploaded to the CM/ECF system which furnishes electronic delivery to the office of Assistant U.S. Attorney, Meredith Steer and by U.S. Mail to Alan Clark, Jr. on November 22, 2024.

> JOSEPH F. DEBELDER
> FEDERAL PUBLIC DEFENDER
> /s/ *JaneseCaruthers*
> _____
> JANESE CARUTHERS
> Assistant Federal Public Defender
> Florida Bar No. 43509
> 227 N. Bronough Street, Suite 4200
> Tallahassee, FL 32301
> Phone (850) 942-8818
> Fax (850) 942-8809
> Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

-vs-                                              Case # 4:24cr1-001

ALAN JOSEPH CLARK, JR.                           USM # 95443-510

                                                 Defendant's Attorney:
                                                 Janese Caruthers (AFPD)
                                                 227 N. Bronough Street, Suite 4200
                                                 Tallahassee, FL 32301

_____

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to counts 1 through 6 and 8 of the indictment on August 8, 2024.
Accordingly, IT IS ORDERED that the defendant is adjudged guilty of such counts which involve
the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Production of Child Pornography | December 5, 2023 | 1 through 6 |
| 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography Involving a Prepubescent Minor | December 5, 2023 | 8 |

Counts 7 and 9 are dismissed on the motion of the United States.

The defendant is sentenced as provided in the following pages of this judgment. The sentence
is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States attorney for this district within 30
days of any change of name, residence, or mailing address until all fines, restitution, costs and
special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the
defendant must notify the court and United States attorney of material changes in economic
circumstances.

Date of Imposition of Sentence:
October 31, 2024


s/Robert L. Hinkle
United States District Judge
November 13, 2024

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **240 months on counts 1-6 and 8, all to run concurrently**.

The Court recommends to the Bureau of Prisons **in order of priority**:

1. **The defendant should be designated to a facility that can provide the defendant appropriate sex offender treatment and medical care.**

2. **The defendant should be designated to a facility as near as possible to Auburn, Maine.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this

judgment.

_____
UNITED STATES MARSHAL


By:_____
        Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **LIFE**.

### MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must comply with requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## <u>STANDARD CONDITIONS OF SUPERVISION</u>

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living  arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to  take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10  days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. PROBATION OFFICE USE ONLY**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov.


Defendant's Signature_____    Date _____

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. You must submit your person, and any property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, office, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation/supervised release or unlawful conduct by the defendant, and by any probation officer in the lawful discharge of the officer's supervision functions.

2. You must register with the state sex offender registration agency as required by state law. You must provide proof of registration to the Probation Officer within three days of release from imprisonment/placement on supervision. In any state that has adopted the requirements of the Sex Offender Registration and Notification Act (34 USC sec. 20911 et seq.), you must also comply with all such requirements as directed by the Probation Officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, are a student, or were convicted of a qualifying offense.

3. You must participate in a sex offender-specific treatment program and follow the rules and regulations of that program. The probation officer must release the presentence report and all previous mental health evaluations to the treatment provider. As part of the treatment program, you must submit to polygraphs, or other psychological or physiological testing, as recommended by the treatment provider. You must pay the cost only to the extent required by a fee schedule or policy adopted by the provider or probation office for participants generally.

4. You must submit to periodic polygraph testing when directed by the probation office as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

5. Your residence must be approved by the probation officer, and any change in residence must be pre-approved by the probation officer. You must submit the address of any proposed residence to the probation officer at least 10 days prior to any scheduled change.

6. Your employment must be approved by the probation officer, and any change in employment must be pre-approved by the probation officer. The defendant must submit the name and address of the proposed employer to the probation officer at least 10 days prior to any scheduled change.

7. You must not frequent or loiter within 100 feet of any location where children are likely to gather or have contact with any child under the age of 18 unless otherwise approved by the probation officer. You must not have unsupervised contact with a minor in person, by telephone, electronically, or in writing. You must immediately report any unsupervised contact to the probation officer.

8. You must not possess or use a computer without the prior approval of the probation officer. "Computer" includes any electronic device capable of processing or storing data as described at 18 U.S.C. § 1030, and all peripheral devices.

9. As directed by the probation officer, you must enroll in the probation office's Computer and Internet Monitoring Program (CIMP) and must abide by the requirements of the CIMP program and the Acceptable Use Contract.

10. You must not access the Internet or any "on-line computer service" at any location (including employment) without the prior approval of the probation officer. "On-line services" include any Internet service provider, or any other public or private computer network. As directed by the probation officer, you must warn your employer of restrictions to your computer use.

11. You must consent to the probation officer conducting periodic unannounced examinations of your computer equipment, which may include retrieval and copying of all data from your computer(s) and any peripheral device to ensure compliance with this condition, and/or removal of any such equipment for the purpose of conducting a more thorough inspection. You must also consent to the installation of any hardware or software as directed by the probation officer to monitor your Internet use.

12. You must not possess or use any data encryption technique or program.

13. You must not possess, in any form, materials depicting child pornography, child erotica, or nude or sexual depictions of any child; or any materials described at 18 U.S.C. § 2256(8).

14. You must refrain from accessing, via the Internet, any pornography or other materials depicting sexually explicit conduct as defined at 18 U.S.C. § 2256(2), without the prior approval of the probation officer.

15. You must provide the probation officer with access to all requested financial information and report the source and amount of personal and/or business income and financial assets to the supervising probation officer as directed.

16. You must not transfer or dispose of any asset, or interest in any asset, without the prior approval of the supervising probation officer unless you have satisfied all financial obligations. This does not prohibit paying for ordinary expenses for daily living.

17. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you have satisfied all financial obligations.

18. You must make monthly payments in the amount of not less than $200 per month towards any unpaid restitution, fines, and/or assessments. Payments shall begin within 60 days of your release from imprisonment. You must notify the United States Attorney's Office if there are any changes in your financial situation which significantly impacts your ability to pay restitution.

19. You must not have any contact with a victim except for contact that is initiated voluntarily by the victim.

20. You must not have testosterone in any manner for any purpose.

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


_____          _____
Defendant                                          Date




_____          _____
U.S. Probation Officer/Designated Witness          Date

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| ASSESSMENT | JVTA* ASSESSMENT | FINE | RESTITUTION |
|---|---|---|---|
| $700.00 | -0- | -0- | $15,000 now; additional deferred for 90 days |

**The defendant must also pay an AVAA** assessment in the amount of $100.00 pursuant to 18 U.S.C. 2259A(a)(1).**

The determination of restitution for victims in counts 1 through 6 is deferred for not more than 90 days.

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Amount of Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| **Carol L. Hepburn I/T/F Lily**<br>**PO Box 17718**<br>**Seattle, WA 98127** | **$3,000.00** | **$3,000.00** | |
| **Carol L. Hepburn I/T/F Sloane**<br>**PO Box 17718**<br>**Seattle, WA 98127** | **$3,000.00** | **$3,000.00** | |
| **Deborah A. Bianco, in trust for**<br>**Maureen**<br>**PO Box 6503**<br>**Bellevue, WA 98008** | **$3,000.00** | **$3,000.00** | |
| **Restore the Child in Trust for**<br>**Chelsea**<br>**Restore the Child, PLLC**<br>**2522 N. Proctor St., Ste. 85**<br>**Tacoma, WA 98406** | **$3,000.00** | **$3,000.00** | |
| **Marsh Law Firm PLLC in trust**<br>**for Jenny**<br>**Marsh Law Firm PLLC**<br>**ATTN: Jenny**<br>**PO Box 4668 #65135**<br>**New York, NY 10163-4668** | **$3,000.00** | **$3,000.00** | |

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on page 10 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*Amy, Vicky, and Andy Child Pornography Victim Act of 2018, Pub. L. No. 115-299.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall forfeit the defendant's interest in the following property to the United States:

A. **Toshiba Laptop;**
B. **LIZVIE iPhone Docking Station Charger with Mini Camera, 1080P Security Camera with Motion Detection;**
C. **WiFi Alarm Clock Camera Hidden Spy Full HD 1080p Wireless Nanny Cam with Motion Detection;**
D. **LIVZIE Hidden Camera Clock with 15W Wireless Spy Camera Charger, Nanny Cam and 160 Degree Wide Angle, HD1080P Secret House Camera with APP Control, Night Vision and Motion Detection;**
E. **LIZVIE 1080P HD Wireless WiFi Security Camera Detection Mini camera il Wall Smoke Case; and**
F. **Samsung Cell Phone.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                        **Case No. 4:24cr1-MW**

**ALAN JOSEPH CLARK, JR.,**

      **Defendant.**

_____/

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Defendant has shown by sworn evidence that he qualifies for appointment of counsel.  Accordingly, it is **ORDERED** that JOSEPH FRANS DEBELDER, Federal Public Defender, 227 N. Bronough Street, Room 4200, Tallahassee, Florida 32301, (850) 942-8818, is appointed to represent this defendant.  If a Criminal Justice Act (CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.  The pretrial service officer is hereby authorized to provide copies of the pretrial service report including the Defendant's criminal history to both parties.

      **DONE AND ORDERED** on January 24, 2024.

                                 **s/ Martin A. Fitzpatrick**
                                 **MARTIN A. FITZPATRICK**
                                 **UNITED STATES MAGISTRATE JUDGE**