# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No.:  4:24CR1-RH/MAF

**ALAN JOSEPH CLARK, JR.**

_____/

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a Final Order of Forfeiture for the following assets which were subject to a Preliminary Order of Forfeiture (Doc. 53):

- A.  **Toshiba Laptop;**
- B.  **LIZVIE iPhone Docking Station Charger with Mini Camera, 1080P Security Camera with Motion Detection;**
- C.  **WiFi Alarm Clock Camera Hidden Spy Full HD 1080p Wireless Nanny Cam with Motion Detection;**
- D.  **LIVZIE Hidden Camera Clock with 15W Wireless Spy Camera Charger, Nanny Cam and 160 Degree Wide Angle, HD1080P Secret House Camera with APP Control, Night Vision and Motion Detection;**
- E.  **LIZVIE 1080P HD Wireless WiFi Security Camera Detection Mini camera il Wall Smoke Case; and**
- F.  **Samsung Cell Phone.**

1

Pursuant to Rule 32.2 (b)(4)(A) of the Federal Rules of Criminal Procedure, the Preliminary Order of Forfeiture became final as to the defendant at the time of sentencing.

In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov.  Doc. 92.  The publication gave notice to all third parties with a legal interest in the assets to file a petition to adjudicate their interests within sixty days of the first date of publication.  No persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion, is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title, and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law. Clear title to the assets is now vested in the United States of America.

SO ORDERED on January 23, 2025.

s/Robert L. Hinkle
United States District Judge